# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| HECTOR ALEXIS ROSADO | ) Case No: 5:01CR05-08-V |
| | ) USM No: 16576-058 |
| Date of Previous Judgment: April 16, 2002 | ) Keith M. Stroud |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33          Amended Offense Level: 31
Criminal History Category: V         Criminal History Category: V
Previous Guideline Range: 240 to 262 months   Amended Guideline Range: 240 to 240 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction. While a Motion for Downward Departure under USSG §5K1.1 and 18 U.S.C. § 3553(e) was granted by the Court at sentencing, there is no change in the guideline range since the Notice under 21 U.S.C. § 851 enhancing the statutory minimum sentence to a mandatory term of 240 month imprisonment was not withdrawn, restricting the revised guideline range to 240 months, per USSG § 5G1.1(b).

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated April 16, 2002 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 8, 2011

Effective Date: February 8, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge